1    **WO**

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7                  FOR THE DISTRICT OF ARIZONA

8

9

10   James William Gates,                    )
                                             )
11                  Petitioner,              )      No. CV-06-2251-PHX-PGR
                 vs.                          )
12                                            )
     Dora B. Schiro,                          )
13                                            )      ORDER DENYING CERTIFICATE
                 Respondent.                  )      OF APPEALABILITY
14   _____         )

15

16          Having reviewed the petitioner's Application for Certificate of Appealability

17   (doc. #19), the Court finds that no certificate of appealability should be issued.

18          The Court denied the petitioner's habeas petition, filed pursuant to 28

19   U.S.C. § 2254, on the ground that the petition was untimely because it was filed

20   after the expiration of the one-year limitations period set forth in 28 U.S.C.

21   § 2244(d)(1)(A).  Since the Court denied the petition on procedural grounds

22   without reaching the merits of the petitioner's constitutional claims, a COA should

23   issue only if the petitioner shows (1) that jurists of reason would find it debatable

24   whether the petition states a valid claim of the denial of a constitutional right, and

25   (2) that jurists of reason would find it debatable whether the Court was correct in

26   its procedural ruling. Slack v. McDaniel, 529 U.S. 473, 484, 120 S.Ct. 1595, 1604

1   (2000); 28 U.S.C. § 2253(c)(1)(B) and (c)(2).  The Court concludes that the

2   petitioner has failed to meet his burden as to either of these factors.  Therefore,

3        IT IS ORDERED that the petitioner's Application for Certificate of

4   Appealability (doc. #19) is denied.

5        DATED this 24th day of March, 2009.

6

7

               Paul G. Rosenblatt

8                  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26